UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACIE KENNEDY,

    Plaintiff,

v.

WAL-MART STORES, EAST, LP,
and SPRINGWISE FACILITY
MANAGEMENT, INC.,

    Defendants.

Case No. 23-cv-11614
Hon. Matthew F. Leitman

_____/

**ORDER DEFERRING RULING ON PLAINTIFF'S
MOTION TO DISMISS DEFENDANT SPRINGWISE
FACILITY MANAGEMENT, INC. (ECF No. 23)**

On March 19, 2024, the Court held a hearing on Plaintiff Tracie Kennedy's motion to voluntarily dismiss her claims brought against Defendant Springwise Facility Management, Inc. (*See* Mot., ECF No. 23.)  For the reasons explained during the hearing, the Court declines to rule on the motion at this time.  Instead, the Court will rule on the motion, if necessary, following the completion of briefing on Springwise's pending motion to file a Third-Party Complaint (ECF No. 27). Plaintiff and Defendant Wal-Mart Stores, East, LP may file a response to Springwise's motion by no later than **May 20, 2024**.

1

The Court will hold a status conference with all parties to discuss next steps in this action in approximately 45 days.

**IT IS SO ORDERED**.

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: April 19, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2024, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126