UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACIE KENNEDY,

    Plaintiff,

v.

WAL-MART STORES, EAST, LP,
and SPRINGWISE FACILITY
MANAGEMENT, INC.,

    Defendants.

Case No. 23-cv-11614
Hon. Matthew F. Leitman

_____/

**ORDER TERMINATING AS MOOT (1) PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT SPRINGWISE FACILITY MANAGEMENT, INC., PURSUANT TO FED. R. CIV. 41(A)(2) (ECF No. 23) and (2) DEFENDANT SPRINGWISE FACILITY MANAGEMENT, INC.'S MOTION TO ALLOW FILING OF A THIRD-PARTY COMPLAINT (ECF No. 27)**

Now before the Court are two motions: Plaintiff's Motion To Voluntarily Dismiss Defendant Springwise Facility Management, Inc., Pursuant To Fed. R. Civ. 41(A)(2) (ECF No. 23) and Defendant Springwise Facility Management, Inc.'s Motion To Allow Filing Of A Third-Party Complaint (ECF No. 27).

On July 19, 2024, the Court held a settlement conference. At the conclusion of the conference, the parties agreed to submit a stipulated order (1) dismissing Springwise Facility Management, Inc. with prejudice and (2) remanding the case to Macomb County Circuit Court. In light of the parties agreement and the forthcoming

1

stipulated order, Plaintiff's Motion To Voluntarily Dismiss Defendant Springwise Facility Management, Inc., Pursuant To Fed. R. Civ. 41(A)(2) (ECF No. 23) and Defendant Springwise Facility Management, Inc.'s Motion To Allow Filing Of A Third-Party Complaint (ECF No. 27) are hereby **TERMINATED AS MOOT**.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman  
                                         MATTHEW F. LEITMAN  
                                         UNITED STATES DISTRICT JUDGE

Dated: July 19, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2024, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan  
                                         Case Manager  
                                         (313) 234-5126